FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

2005 MAR 15 P 1:32

SIGN ________
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Donald Till

340204
Inmate (DOC) number

05-173-C-M3

(Enter above the full name of each plaintiff in this action.)

VERSUS

LT COL JODY BENTILY

[redacted]

DIXON COR. INST.

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): DoNAld Till

   Defendant(s): Dr. AlaN Pedigrue M.D.

2. Court (if federal court, name the district; if state court, name the parish):
   Middle Distict of Louisiana

3. Docket number: 03-0800-BM3

4. Name of judge to whom case was assigned: Judge Docia L. Dalby

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): I MADE Motion To dismiss

6. Date of filing lawsuit: 10-22-03

7. Date of disposition: Febuary 2004

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( ) No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: D. C. I.

A. Is there a prisoner grievance procedure in this institution?

Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed.

2. What steps did you take?

3. What was the result?

D. If your answer is No, explain why not:

I filed Two (2) A.R.P.'s at deffrent Time and never recieved a responce from the department head so I felt like I was being blocked from The A.R.P. System

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Donald Till 340204

Address P.O. BOX 788 Jackson, LA 70748

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant LT. Col. Jody Bentily is employed as Lt Col "Security" "Unit Two" at DCI

C. Additional Defendants: Warden LeBlanee UNIT HEAD DCI

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Statement Stated ON Additional paper

Statement Of Claim

ON January 11, 2005 I Went To The capt of the Shift And told him I needed PC from AN Individual that threating me with bodily harm when he gets moved from Unit 1 to Unit 2 where he can get his hands on Me.

On January 26, 2005 Lt. Col Bertils held the protection board on me And refused me Just on the basis that the person that I filed protection on said we did not have any trouble between us.

Since that day I have had to refuse to go back on the compound because I feared for my protection and have lost good time because of it and been placed in the working block for refusing to live around him

AN IN Mate is INtieldeled to protection under the 8th Admendment. By Lt Col Betils refusing me protection he Violates my 8th Admendment rights

Donald Hill

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. The Court Issue AN INJuction that Lt Col Beutils not hold Any more boards And I Be Issued [illegible] A Punitive Damage from Lt col Beutils for $1,000.00 for the Violation of my 8th Admend. rights

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 13th day of March, 2005.

[signature]

Signature of plaintiff(s)